IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00079-WJM-MJW

MATTHEW CARTIER, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for to Amend Scheduling Order (Docket No. 30) is GRANTED. The Scheduling Order (Docket No. 20) is AMENDED as follows:

- The discovery cut-off (including all depositions) is extended to May 11, 2015.

- Written discovery requests shall be served no later than April 8, 2015.

- Dispositive motions and class de-certification motions shall be filed no later than June 10, 2015.

- The final pretrial conference set for February 9, 2015, at 9:00 a.m. is VACATED. The final pretrial conference is RE-SET for July 30, 2015, at 9:30 a.m.

Date: October 20, 2014