**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0079-WJM-MJW

MATHEW CARTIER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

    Defendant.

---

**ORDER ADOPTING APRIL 2, 2015 RECOMMENDATION OF
MAGISTRATE JUDGE, DENYING PLAINTIFF'S MOTION TO JOIN
ADDITIONAL PLAINTIFFS AND AMEND COMPLAINT**

---

This matter is before the Court on the April 2, 2015 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 53) that Plaintiff's Motion for Leave to Joint Additional Plaintiffs and Amend Pleadings (ECF No. 45) be denied.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.[1]  (ECF No. 53, at 8.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

---

[1] The Court's internal records confirm that the Recommendation was electronically mailed to counsel for both parties.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 53) is ADOPTED in its entirety;

(2) Plaintiff's Motion for Leave to Join Additional Plaintiffs and Amend Pleadings (ECF No. 45) is DENIED.

Dated this 30th day of April, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2