IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00079-WJM-MJW

MATTHEW CARTIER, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Stipulated Motion to Vacate Pre-Trial Conference (Docket No. 66) is GRANTED;

- The Pre-Trial Conference set for August 31, 2015, at 1:30 p.m. is VACATED; and

- The parties SHALL FILE settlement papers with the Court on or before September 25, 2015.

Date: August 26, 2015