**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0079-WJM-MJW

MATTHEW CARTIER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT**

---

This matter comes before the Court on the Parties' Joint Motion for Approval of Settlement Agreement filed September 30, 2015. (ECF No. 72.) The Court has reviewed the Motion, its exhibits, and applicable portions of the record, and finds as follows:

- Plaintiff Matthew Cartier, all Opt-In Plaintiffs, and Defendant Western Electricity Coordinating Counsel have personally signed off on the proposed settlement;

- The proposed settlement represents a fair and equitable resolution of this action, reasonably resolves *bona fide* disagreements between the Parties regarding the merits of the claims and defenses asserted, and demonstrates a good faith intention by the Parties that the claims of Plaintiffs be fully and finally resolved and not re-litigated in whole or in part at any point in the future; and

- The proposed settlement contains a reasonable award of attorneys' fees to Plaintiffs' counsel.

Accordingly, the Court ORDERS as follows:

1. The Parties' Joint Motion for Approval of Settlement Agreement (ECF No. 72) is GRANTED;

2. The Parties shall file dismissal papers in accordance with Part VII, Section C of the Settlement Agreement (ECF No. 72-1); and

3. Should any event delay the filing of dismissal papers beyond the time frame specified in the Settlement Agreement, the Parties shall file a joint status report within two business days of that delay becoming evident.

Dated this 8th day of October, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge