## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00079-WJM-MJW

MATTHEW CARTIER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

    Defendant.

### STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The Court approved the settlement of this matter by Order dated October 8, 2015 (ECF No. 74).  Consistent with the terms of the Agreement and the Order approving the Agreement, the parties hereby stipulate and agree that this entire action be dismissed, with prejudice, both sides to bear their own costs and attorneys' fees.

Based on the foregoing, the parties hereby move the Court to enter an order of dismissal, dismissing this action with prejudice.

Respectfully submitted this 28th day of October 2015.

*s/Brian D. Gonzales*
Brian D. Gonzales
THE LAW OFFICE OF
BRIAN D. GONZALES, PLLC
123 North College Avenue, Suite 200
Fort Collins, CO 80524
BGonzales@ColoradoWageLaw.com
(signed with permission of Brian D. Gonzales)

**ATTORNEYS FOR PLAINTIFF**

*s/Michael E. Blue*
Michael E. Blue
Liesel B. Stevens
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
mblue@RQN.COM

Stacy D. Mueller, Esq.
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
1625 17th Street, Third Floor
Denver, Colorado 80202
smueller@constangy.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2015, I served a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court via CM/ECF, which will send an email notification to the following:

Brian D. Gonzales
THE LAW OFFICE OF
BRIAN D. GONZALES, PLLC
123 North College Avenue, Suite 200
Fort Collins, CO 80524
BGonzales@ColoradoWageLaw.com

*s/TerriAnne Gillis*

1348891