**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0079-WJM-MJW

MATTHEW CARTIER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Based upon the Stipulation and Joint Motion for Dismissal with Prejudice filed by the parties and for good cause appearing, the Court hereby **ORDERS** that this entire action be dismissed with prejudice, both sides to bear their own costs and attorneys' fees.

    Dated this 28th day of October, 2015.

BY THE COURT:

_/s/ William J. Martínez_
William J. Martínez
United States District Judge
